1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH WHITAKER,                         No.  2:13-cv-00501 GEB DAD (PC)

12                    Plaintiff,

13            v.                                ORDER

14    DALEY, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested

18    appointment of counsel.

19          The United States Supreme Court has ruled that district courts lack authority to require

20    counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490

21    U.S. 296, 298 (1989).  In certain exceptional circumstances, the district court may request the

22    voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d

23    1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

24          The test for exceptional circumstances requires the court to evaluate the plaintiff's

25    likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in

26    light of the complexity of the legal issues involved.  See Wilborn v. Escalderon, 789 F.2d 1328,

27    1331 (9th Cir. 1986); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Circumstances

28    common to most prisoners, such as lack of legal education and limited law library access, do not

                                              1

1  establish exceptional circumstances that would warrant a request for voluntary assistance of

2  counsel.  In the present case, the court does not find the required exceptional circumstances.

3       Accordingly, IT IS HEREBY ORDERED that plaintiff's November 19, 2013 motion for

4  the appointment of counsel (ECF No. 26) is denied.

5  Dated:  December 5, 2013

6

7  _____
   DALE A. DROZD
8  UNITED STATES MAGISTRATE JUDGE

9  whit0501.31.dad

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2