UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WHITAKER, | No. 2:13-cv-00501 GEB DAD P |
| Plaintiff, | |
| v. | ORDER |
| DALEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1915. By order filed June 11, 2014, the court determined that service of the Second Amended Complaint is appropriate for defendants Daley, Jubbs, Konrad, Lacy, Scott, and Johnson-Dovey. (ECF No. 33.) The court directed plaintiff to provide information for service of process on six USM-285 forms, a completed summons, sufficient copies of the complaint for service, and a notice of compliance. Plaintiff has filed the required papers, with the exception of the USM-285 form submitted for defendant Scott.[1]

/////

/////

/////

---

[1] On the USM-285 form intended for defendant Scott, plaintiff did not list an address, but merely referenced defendant as the "Director of CDCR in Sacramento Head Classification Office."

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days after the filing date of this order, plaintiff shall submit to the court a newly completed USM-285 form for defendant Scott, which provides defendant's actual address for the purpose of effecting personal service. Failure to return this completed form within the specified period will result in the dismissal of defendant Scott from this action.

2. Upon receipt of the appropriately completed USM-285 form for defendant Scott, the court will direct the United States Marshal to serve process on all defendants.

3. The Clerk of Court is directed to include with a copy of this order a blank USM-285 form.

Dated: July 29, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
whit0501.8f

2