UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>DALEY, et al.,<br><br>    Defendants. | No. 2:13-cv-00501 GEB DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed August 13, 2014, the court dismissed defendant Scott from this action, and directed the United States Marshal to serve process on defendants Daley, Johnson-Dovey, Jubbs, Konrad, and Lacy. (See ECF No. 37.) Since then, plaintiff has filed three documents with the court inquiring into the status of this case. (ECF Nos. 39-41.) Plaintiff is informed that service of process, particularly on five defendants, may take several weeks or even months. Plaintiff will be informed when service of process is completed, when he is served with defendants' responsive pleading(s) or by further order of this court. Until such time, plaintiff is advised to refrain from submitting additional filings to the court.

Dated: November 7, 2014

DAD:4
whit0501.fyi

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE